# EXHIBIT B

Case 5:13-cv-06385-JLS   Document 1-2   Filed 11/01/13   Page 1 of 3

```
------------------------------------------------------------------------x
NEAL HEIMBACH, on behalf of himself and others       :
similarly situated,                                  :
                                                     :
                                                     :   PHILADELPHIA COUNTY
              Plaintiff,                             :   COURT OF COMMON PLEAS
                                                     :
       v.                                            :
                                                     :   Case No. 130903526
AMAZON.COM, INC., et al.,                            :
                                                     :
              Defendants.                            :
------------------------------------------------------------------------x
```

*Filed and Attested by PROTHONOTARY 11 OCT 2013 01:02 pm M. TIERNEY*

**STIPULATION REGARDING EXTENSION OF TIME FOR
DEFENDANTS AMAZON.COM, INC., AMAZON.COM.DEDC, LLC,
AMAZON.COM DEDC, INC. AND INTEGRITY STAFFING SOLUTIONS, INC.
TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Neal Heimbach and Defendants Amazon.com, Inc., Amazon.com.DEDC, LLC, Amazon.com DEDC, Inc., and Integrity Staffing Solutions, Inc. (collectively, the "Defendants") that Defendants shall be permitted to move, answer, or otherwise respond to the Complaint on or before November 8, 2013. On October 4, 2013, Defendants accepted service of the Complaint and waived their right to challenge the sufficiency of service of the Complaint, but they preserved all other available defenses.

| | |
|---|---|
| Dated: October 10, 2013 | WINEBRAKE & SANTILLO, LLC |
| | By: _____/s/_____ |
| | Peter Winebrake (PA Attorney No. 80496) |
| | 715 Twining Road, Suite 211 |
| | Dresher, Pennsylvania 19025 |
| Dated: October 10, 2013 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: _____/s/_____ |
| | Michael J. Puma (PA Attorney No. 94463) |
| | 1701 Market Street |
| | Philadelphia, Pennsylvania 19103 |
| | *Attorneys for Defendants Amazon.com, Inc., Amazon.com.DEDC, LLC, and Amazon.com DEDC, Inc.* |

Case ID: 130903526

Control No.: 13101627

Dated: October 10, 2013				LITTLER MENDELSON P.C.

						By:_____/s/_____
						     Kimberly J. Gost (PA Attorney No. 82078)
						     Three Parkway
						     1601 Cherry Street, Suite 1400
						     Philadelphia, PA 19102

*Attorneys for Defendant*
*Integrity Staffing Solutions, Inc.*